# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**NICHOLE DORSEY**                                    **CIVIL CASE NO. 6:25-CV-00952**

**VERSUS**                                            **JUDGE DAVID C. JOSEPH**

**IBERIA COMPREHENSIVE**                              **MAGISTRATE JUDGE CAROL B.**
**COMMUNITY HEALTH CENTER**                           **WHITEHURST**
**INC ET AL**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 18] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS [Doc. 10] is GRANTED IN PART AND DENIED IN PART. The motion is granted to dismiss Plaintiff's Title VII discrimination, hostile work environment, and defamation claims. Plaintiff's Title VII discrimination and hostile work environment claims are DISMISSED WITH PREJUDICE. Plaintiff's defamation claims are DISMISSED WITHOUT PREJUDICE. The motion is denied to the extent Defendants seek to dismiss Plaintiff's Title VII retaliation claim.

IT IS FURTHER ORDERED that Plaintiff shall have fourteen (14) days to amend the complaint to allege facts in support of her defamation claim. Any amended

complaint shall exclude claims for Title VII discrimination and hostile work environment.

THUS DONE AND SIGNED in Chambers on this 21st day of November 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE